**Order entered February 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01503-CV

### STEPHEN W. CLARK, Appellant

### V.

### DILLARD'S INC. AND THE CAMPBELL AGENCY, Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-12848-B**

## ORDER

On our own motion, we **ORDER** the District Clerk to file by March 9, 2015 a supplemental clerk's record containing the following documents: (1) Dillard's, Inc.'s Motion to Designate Responsible Third Party, filed August 3, 2012, and (2) the trial court's Order on Motion to Strike Designation of Molly McKool Photography, Inc., signed November 15, 2012.

We **DIRECT** the Clerk of this Court to send copies of this order to Felicia Pitre, Dallas County District Clerk, as well as to counsel for all parties.

/s/ ELIZABETH LANG-MIERS
PRESIDING JUSTICE